**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01062-CV

**CURTIS JACKSON, Appellant**

**V.**

**AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-14-03296-B**

## ORDER

We **DENY** appellee's October 7, 2014 motion to dismiss the appeal.


/s/  ELIZABETH LANG-MIERS
   JUSTICE